# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARRETT S. TUNSIL,** | : | Civil No. 1:19-CV-0386 |
| | : | |
| **Plaintiff,** | : | Judge Sylvia H. Rambo |
| | : | |
| v. | : | |
| | : | |
| **GOVERNOR THOMAS WOLF, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 23rd day of **DECEMBER 2019**, in accordance with the accompanying Memorandum issued this date, it is **ORDERED** that:

1. Mr. Tunsil's motion for emergency intervention (Doc. 27) is **DENIED**.

2. Mr. Tunsil's motion for recusal (Doc. 32) is **DENIED**.

                                                            s/Sylvia H. Rambo
                                                            Sylvia H. Rambo
                                                            United States District Judge