**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BARRETT S. TUNSIL,** | : | **Civil No. 1:19-CV-0386** |
| | : | |
| **Plaintiff,** | : | **Judge Sylvia H. Rambo** |
| | : | |
| **v.** | : | |
| | : | |
| **GOVERNOR THOMAS WOLF, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

---

### ORDER

    **AND NOW**, this 18th day of February 2020, in accordance with the accompanying

Memorandum issued this date, it is **ORDERED** that:

1.    Mr. Tunsil's motions for appointment of counsel (Doc. 51 and 53) are **DENIED** without prejudice.

2.    Mr. Tunsil's motion for recusal (Doc. 55) is **DENIED**.

<u>S/Sylvia H. Rambo</u>
**SYLVIA H. RAMBO**
**United States District Judge**