# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARRETT S. TUNSIL,** | : | Civil No. 1:19-CV-0386 |
| **Plaintiff,** | : | Judge Sylvia H. Rambo |
| v. | : | |
| **GOVERNOR THOMAS WOLF, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 7th day of April 2020, in accordance with the accompanying Memorandum issued this date, it is **ORDERED** that:

1. Mr. Tunsil's fifth motion for appointment of counsel (Doc. 62) is **DENIED** without prejudice.

2. Mr. Tunsil's motion for a temporary restraining order (Doc. 63) is **DENIED**.

3. Mr. Tunsil's motion for extension of time to respond to Defendants' motions for a more definite statement (Doc. 66) is **GRANTED**.

4. Mr. Tunsil shall file a response to Defendants' motions for a more definite statement by **Friday, May 15, 2020**.

                                          *s/Sylvia H. Rambo*
                                          SYLVIA H. RAMBO
                                          United States District Judge