# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARRETT S. TUNSIL,** | : | Civil No. 1:19-CV-0386 |
| **Plaintiff,** | : | Judge Sylvia H. Rambo |
| v. | : | |
| **GOVERNOR THOMAS WOLF,** *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 29th day of Mays 2020, it is **ORDERED** that:

1. Plaintiff's motion for injunctive relief (Docs. 80 and 81) are **DENIED**.

2. Plaintiff's motion for default (Doc. 82) is **DENIED**.

                                              s/Sylvia H. Rambo
                                              SYLVIA H. RAMBO
                                              United States District Judge